September 19, 2013

Darius Stinson
#412158
PO Box 34429
Charlotte, NC 28234-4429

RE: Anders Appeal

Dear Mr. Stinson,

    As you are aware, I have been appointed by the Fourth Circuit Court of Appeal to represent you in your appeal. At our last meeting you informed me you understood that you had waived your right to appeal in your plea agreement but wished to appeal anyway and assert certain errors committed by the district court pursuant to Anders v. California, 386 U.S. 738, ( 1967 ) so the appellate court could review the record to be certain there was no error which resulted in a longer sentence than you should have received. As per your wishes I will present an Anders brief to the appellate court. The issues you requested are presented to the appellate court for their review.

    In preparing your case, I have reviewed the indictment, the transcript of the Plea and Rule 11 hearing, the transcript of your sentencing hearing, pre-sentence report, sentence judgment, and the general record of your case.

    I will be filing a brief on your behalf pursuant to Anders v. California, 386 U.S. 738 (1967), and I hereby notify you that you have a right to file a supplemental brief on your case. You will have thirty (30) days to file your brief and the court will send you a notice setting the date it is due. I am enclosing a copy of my brief for your review.

    If you have any questions due not hesitate to contact me.

Sincerely,


James S. Weidner, Jr.
    Attorney